■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RALPH M., Appellant. [640 NYS2d 797] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Roman, J.), rendered June 28, 1994, convicting him of criminal possession of a controlled substance in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant has not preserved for appellate review his

challenges to the admission of testimony by the police witnesses (*see,* CPL 470.05 [2]; *People v Tevaha,* 84 NY2d 879; *People v Walker,* 220 AD2d 469). In any event, we reject the defendant's contention that he was denied a fair trial by the admission of this testimony. The court admitted properly limited expert testimony regarding the general practices in street-level drug transactions inasmuch as it helped the jury understand the actions of the police that led to the defendant's arrest (*see, People v Tevaha, supra; People v Brown,* 218 AD2d 813; *People v Kane,* 207 AD2d 846, *affd* 85 NY2d 1024; *People v Peoples,* 202 AD2d 694).

The defendant's remaining contentions are either unpreserved for appellate review or without merit. Sullivan, J. P., Copertino, Pizzuto and Florio, JJ., concur.